UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-35101 |
| | ) | |
| JOSE M. INAHUAZO, | ) | Chapter: 13 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

# ORDER MODIFYING CHAPTER 13 PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due notices having been given to the parties entitled thereto:

It is hereby ORDERED that:

1. Effective for tax years 2018 and later, Section G, Paragraph 2 of the Chapter 13 plan is amended to state "On or before April 20th of the year following the filing of the case and each year thereafter, the Debtor shall submit a copy of the prior year's filed federal tax return to the Chapter 13 Trustee. The Debtor shall tender the amount of any tax refund received while the case is pending in excess of $1,200.00 to the Trustee. The tax refunds shall be treated as additional payments into the plan and must be submitted within 7 (seven) days of receipt of each such refunds by the Debtor."

Enter:  *Deborah L. Thorne*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: September 11, 2019

**Prepared by:**

Jeffrey A. Soufal
ARDC# 6227155
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090